In the Matter of the Claim of EVA ENGLE, Respondent, against BARKER PAINT-ING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award reversed and claim remitted, with costs against the State Industrial Board, on the authority of *Matter of Remmert* v. *Weidenmeyer* (237 App. Div. 147; affd., 262 N. Y. 534). Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of AIRES NUNES PEREIRA, Respondent, against LUCIANO, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board. Pres-ent — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of Mrs. G. LESTER RANDALL, Respondent, against EARL C. JONES and Another, Appellants. STATE INDUSTRIAL BOARD, Respond-ent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of JAMES McCAFFREY, Respondent, against CORSON CONSTRUCTION CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board. Pres-ent — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of JOHN NOEL, Appellant, against WILLIAM BAILEY COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of BETTY WINNING, Respondent, against THE CHAIN LUNCH BAR and Another, Appellants. STATE INDUSTRIAL BOARD, Respond-ent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of JOHN PASTUSHOB, Respondent, against MUCHNIK & ABRAMS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of WILLIAM EDWARDS, Respondent, against MARY-LAND CASUALTY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of MILLIE SCRIVANO, Respondent, against J. J. HARRINGTON & Co. and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of SAMUEL SIEGEL, Respondent, against PARAMOUNT BUTCHERS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.